IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> CATHERINE OLMO OLIVERAS <br><br><br> Debtor(s) | CASE NUMBER: 13-05460 MCF <br><br> CHAPTER 7 |

**DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULES "D" and "F"**

**TO THE HONORABLE COURT:**

**COMES NOW, CATHERINE OLMO OLIVERAS** debtor through his undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtor hereby amends Schedule D and Schedule F to previously filed, docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: *include an secured creditors named CRIM, balance owed $1,162.00, postal address PO Box 195387, San Juan, PR 00919-538; and correct the name of attorney of an unsecured creditor Emilio Perales Merced as Oller Cordova Older, postal address Reparto Metropolitano, 1228 52 St. SE, Ste. 201, San Juan, Puerto Rico 00921.*

**WHEREFORE**, the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

**NOTICE**

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the**

1

U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Catherine Olmo Oliveras; to the creditors affected by the amendment: CRIM; Oller Cordova Older; and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 29 day of July, 2013.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL NO (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B6D (Official Form 6D) (12/07)

IN RE OLMO OLIVERAS, CATHERINE  
Debtor(s)

Case No. 3:13-bk-5460  
(If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 199-028-956-27-000<br>CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | | | Tax<br><br>VALUE $ 260,000.00 | | | | 1,162.00 | |
| ACCOUNT NO. 61010010708795<br>ORIENTAL BANK<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 | | | MORTGAGE ACCOUNT OPENED 4/2005<br><br>VALUE $ 260,000.00 | | | | 233,965.87 | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

0 continuation sheets attached

Subtotal (Total of this page) $ 235,127.87 $

Total (Use only on last page) $ 235,127.87 $

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

IN RE OLMO OLIVERAS, CATHERINE
Debtor(s)

Case No. 3:13-bk-5460
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3499916966811213<br>AMERICAN EXPRESS<br>PO BOX 47455<br>JACKSONVILLE, FL 32247-7455 | | | REVOLVING ACCOUNT OPENED 8/2001 | | | | 5,211.00 |
| ACCOUNT NO. 108062546<br>BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 | | | CREDITLINE ACCOUNT OPENED 10/2005 | | | | 22,000.00 |
| ACCOUNT NO. 571558<br>CARICO INTERNATIONAL<br>2851 W CYPRESS CREEK RD<br>FORT LAUDERDALE, FL 33309 | | | REVOLVING ACCOUNT OPENED 4/2006 | | | | 300.00 |
| ACCOUNT NO. 5856379521024739<br>COMENITY BANK/TORRID<br>PO BOX 182685<br>COLUMBUS, OH 43218 | | | REVOLVING ACCOUNT OPENED 1/2011 | | | | 651.00 |

2 continuation sheets attached

Subtotal (Total of this page) $ 28,162.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **OLMO OLIVERAS, CATHERINE**  
Debtor(s)

Case No. **3:13-bk-5460**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXX-XX-8614<br>DCI<br>ASOC DE RESIDENTES LA SERRANIA<br>PALMAS DE MAR<br>HUMACAO, PR 00792 | | | MAINTENANCE FEES | | | | 6,000.00 |
| ACCOUNT NO. 523223563819<br>DIVERSIFIED CONSULTANTS, INC.<br>PO BOX 551268<br>JACKSONVILLE, FL 32255 | | | | | | | 705.00 |
| ACCOUNT NO. XXX-XX-8614<br>EMILIO PERALES MERCED<br>SASHA BETANCOURT<br>BOX 9476<br>SAN JUAN, PR 00926 | | | Case no.: KAC2009-0303<br>Breach of Contract, Collection of Money, Damages | | | | 63,000.00 |
| ACCOUNT NO.<br>OLLER CORDOVA OLDER<br>REPARTO METROPOLITANO<br>1228 52 ST SE STE 201<br>SAN JUAN, PR 00921 | | | Assignee or other notification for:<br>EMILIO PERALES MERCED | | | | |
| ACCOUNT NO. 70356033<br>ENHANCED RECOVERY CO L<br>AT T<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256 | | | OPEN ACCOUNT OPENED 1/2013 | | X | | 306.00 |
| ACCOUNT NO. xxx-xx-8614<br>HCOA FITNESS<br>ORIENTAL PLAZA MALL JOSE E AGUIAR STE 10<br>HUMACAO, PR 00791 | | | | | | | 8,000.00 |
| ACCOUNT NO. 6008891840735490<br>JC PENNEY<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 | | | REVOLVING ACCOUNT OPENED 7/2000 | | | | 602.00 |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **78,613.00**

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE OLMO OLIVERAS, CATHERINE
Debtor(s)

Case No. **3:13-bk-5460**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx-xx-8614<br>LCDA. ELAINE RODRIGUEZ FRANK<br>PO BOX 194799<br>SAN JUAN, PR 00919-4799 | | | | | | | 5,956.00 |
| ACCOUNT NO. xxx-xx-8614<br>LCDO. JORGE PAUL GONZALEZ GONZALEZ<br>PO BOX 11414 CAPARRA HEIGHTS<br>SAN JUAN, PR 00922 | | | | | | | 5,000.00 |
| ACCOUNT NO. 5049941014978941<br>SEARS<br>PO BOX 6189<br>SIOUX FALLS, SD 57117-6189 | | | REVOLVING ACCOUNT OPENED 3/2005 | | | | 4,347.00 |
| ACCOUNT NO. 5049948072084850<br>SEARS<br>PO BOX 6189<br>SIOUX FALLS, SD 57117-6189 | | | REVOLVING ACCOUNT OPENED 6/2000 | | | | 1,649.00 |
| ACCOUNT NO. xxx-xx-8614<br>T-MOBILE<br>PO BOX 660252<br>DALLAS, TX 75266-0252 | | | UTILITY | | | | 1,000.00 |
| ACCOUNT NO.<br>NCO FINANCIAL<br>PO BOX 15630 DEPT 19<br>WILMINGTON, DE 19850 | | | Assignee or other notification for:<br>T-MOBILE | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **17,952.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **124,727.00**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 13-05460-MCF |
|---|---|
| CATHERINE OLMO OLIVERAS | CHAPTER 7 |
| Debtor(s) | |

## DEBTOR'S VERIFICATION

I (We) declare under penalty of perjury that I (we) has (have) read the foregoing motion and that the same has also been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief. I, (We) also declare, under penalty of perjury that I (we) have read the foregoing amended **Schedule**, consisting of **sheet(s)**, and that it is true and correct to the best of my (our) information, knowledge and belief.

In Caguas Puerto Rico this 29 day of July, 2013.

_____
CATHERINE OLMO OLIVERAS

3